B. A. MYERS v. MONTGOMERY et al.

(Supreme Court, Appellate Term. June 29, 1911.)

CORPORATIONS (§ 630*)—DISSOLUTION—ACTION BY CORPORATION AFTER DISSOLUTION.

Under the express provision of General Corporation Law (Consol. Laws 1909, c. 23) § 221, subd. 3, a corporation voluntarily dissolved thereunder continues in existence, so that it may sue to enforce its claims, until its business affairs are fully wound up.

[Ed. Note.—For other cases, see Corporations, Cent. Dig. § 2482; Dec. Dig. § 630.*]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by B. A. Myers, a corporation, against William Montgomery and Florence Moore, copartners doing business as Montgomery & Moore. From a judgment for defendants, plaintiff appeals. Reversed, and new trial ordered.

Argued before SEABURY, GUY, and BIJUR, JJ.

Henry Frank, for appellant.

Jerome C. Lewis, for respondents.

BIJUR, J. This action was brought to recover under a contract certain commissions for having secured employment for the defendants. It was shown that the plaintiff corporation had been dissolved prior to the bringing of the action. Thereupon the court rendered the decision:

"Corporation plaintiff dissolved; right of action abated."

The corporation, however, was dissolved voluntarily, pursuant to the provisions of section 221 of the corporation law. Subdivision 3 of that section provides expressly:

"Said corporation shall, nevertheless, continue in existence for the purpose of * * * and may sue and be sued for the purpose of enforcing such debts or obligations until its business affairs are fully adjusted and wound up."

See, also, Cunningham v. Glauber, 133 App. Div. 10, 117 N. Y. Supp. 866.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.